# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KENNETH MANNING, et al., | |
| Plaintiffs, | Case No. 1:23-cv-00210 |
| v. | Hon. Steven C. Seeger |
| MCDONALD'S USA, LLC, a Delaware limited liability company, and MCDONALD'S CORPORATION, a Delaware corporation, | |
| Defendants. | |

## MCDONALD'S CORPORATION'S RULE 7.1 AND LOCAL RULE 3.2 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, Defendant McDonald's Corporation submits the following disclosure statement:

1. McDonald's Corporation is a publicly held corporation (NYSE: MCD) that has no parent corporation. No publicly held corporation owns 10% or more of McDonald's Corporation's outstanding common shares.

2. The Vanguard Group, Inc. has reported to the Securities and Exchange Commission ownership of more than 5% of McDonald's Corporation's outstanding common shares.

Respectfully submitted,                                                                 Dated: February 1, 2024

/s/ *Amy Curtner Andrews*

Patricia Brown Holmes
Amy C. Andrews
Mary Laird
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
(312) 471-8700
pholmes@rshc-law.com
aandrews@rshc-law.com
mlaird@rshc-law.com

Ariel Schepers Wilson
RILEY SAFER HOLMES & CANCILA LLP
121 W. Washington Street, Suite 402
Ann Arbor, Michigan 48104
(734) 773-4900
awilson@rshc-law.com

Loretta E. Lynch (*pro hac vice*)
Susanna M. Buergel (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
(202) 373-3000
lelynch@paulweiss.com
sbuergel@paulweiss.com

*Counsel for Defendants*