UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| MANNING, et al.,<br><br>                 Plaintiffs,<br><br>     v.<br><br>MCDONALD'S USA, LLC, a Delaware limited liability company, and MCDONALD'S CORPORATION, a Delaware corporation,<br><br>                 Defendants. | Case No.: 1:23-cv-00210<br><br>Hon. Steven C. Seeger |

## MOTION TO WITHDRAW

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Loretta E. Lynch and Susanna M. Buergel of Paul, Weiss, Rifkind, Wharton & Garrison LLP (together, the "Moving Attorneys") hereby respectfully move this Court for leave to withdraw their appearances as attorneys of record for Defendants McDonald's USA, LLC and McDonald's Corporation ("McDonalds") in this matter. In support, the Moving Attorneys state as follows:

1.      Patricia Brown Holmes, Amy C. Andrews, Ariel Schepers Wilson and Mary Laird of Riley Safer Holmes & Cancila LLP will remain as counsel of record for McDonalds.

2.      McDonalds consents to the Moving Attorneys' withdrawal.

3.      The relief sought herein will not unduly delay these proceedings or otherwise be inequitable.

2

Dated: April 3, 2025       /s/ Loretta E. Lynch
                Loretta E. Lynch (*pro hac vice*)
                Susanna M. Buergel (*pro hac vice*)
                **PAUL, WEISS, RIFKIND, WHARTON**
                **& GARRISON LLP**
                1285 Avenue of the Americas
                New York, New York 10019-6064
                (212) 373-3000
                lelynch@paulweiss.com
                sbuergel@paulweiss.com

                *Attorneys for Defendants McDonald's USA,*
                *LLC and McDonald's Corporation*