UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENNETH MANNING, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MCDONALD'S USA, LLC, a Delaware limited liability company, and MCDONALD'S CORPORATION, a Delaware corporation, <br><br> Defendants. | Case No. 1:23-cv-00210 <br><br> Hon. Steven C. Seeger |

### DEFENDANTS' MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants McDonald's USA, LLC and McDonald's Corporation (together "McDonalds") respectfully request leave to file a response to Plaintiffs' Notice of Supplemental Authority. *See* Dkt. 51. In support thereof, McDonald's states as follows:

1. On September 19, 2025, Plaintiffs filed a Notice of Supplemental Authority in support of their opposition to McDonald's motion to dismiss the Second Amended Complaint. *See* Dkt. 51. Plaintiffs do not appear to have sought leave of Court to file another Notice of Supplemental Authority.

2. McDonald's requests the opportunity to briefly address the cases cited in Plaintiffs' Notice of Supplemental Authority and their impact, if any, on the motion to dismiss pending before the Court.

3. McDonald's proposed response is attached hereto as Exhibit A.

Dated: October 2, 2025                      Respectfully submitted,

<u>/s/ Amy C. Andrews</u>

Patricia Brown Holmes
Amy Curtner Andrews
Mary A. Laird
RILEY SAFER HOLMES & CANCILA LLP
1 S. Dearborn Street, Suite 2200
Chicago, Illinois 60603
(312) 471-8700
pholmes@rshc-law.com
aandrews@rshc-law.com
mlaird@rshc-law.com

Ariel Schepers Wilson
RILEY SAFER HOLMES & CANCILA LLP
121 W. Washington Street, Suite 402
Ann Arbor, Michigan 48104
(734) 773-4900
awilson@rshc-law.com

*Counsel for Defendants McDonald's USA LLC and McDonald's Corporation*