**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: McPherson v. McDonald's USA, LLC, et al.

Case Number: 1:23-cv-02913

An appearance is hereby filed by the undersigned as attorney for:

McDonald's USA, LLC and McDonald's Corporation

Attorney name (type or print): Ariel Schepers Wilson

Firm: Riley Safer Holmes & Cancila LLP

Street address: 2723 S. State Street, Suite 150

City/State/Zip: Ann Arbor, MI 48104

Bar ID Number: 6316904
(See item 3 in instructions)

Telephone Number: 734-773-4914

Email Address: AWilson@rshc-law.com

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you a member of the court's general bar? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

Are you appearing *pro hac vice*? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 7/9/2026

Attorney signature: S/ Ariel Schepers Wilson
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023