**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| KENNETH MANNING, *et al.*, | ) | |
| | ) | No. 1:23-cv-00210 |
| *Plaintiffs*, | ) | |
| | ) | Hon. Steven C. Seeger, |
| *v.* | ) | District Judge |
| | ) | |
| McDONALD'S USA, LLC, | ) | |
| McDONALD's CORPORATION, *et al.*, | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**STATEMENT OF DEATH UPON THE RECORD**

Plaintiff, by and through her attorneys, Loevy & Loevy, pursuant to Fed. R. Civ. P. 25(a)(1), submits the following Statement of Death Upon the Record and states as follows:

Plaintiff's counsel states upon the record, pursuant to Rule 25(a)(1), the death of Plaintiff Doug Hollis during the pendency of this action. On December 22, 2025, the undersigned counsel was sent an email from an acquaintance of Plaintiff Doug Hollis, stating that he had died. On February 3, 2026, undersigned counsel received confirmation that Plaintiff Hollis's death, in-fact, occurred on December 17, 2025.

RESPECTFULLY SUBMITTED,

BY: /s/ Quinn K. Rallins

One of Plaintiff's Attorneys

Jon Loevy
Daniel M. Twetten
Steve Art
Quinn K. Rallins
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900