**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| KENNETH MANNING, et al., | ) | |
| | ) | Case No. 1:23-cv-00210 |
| *Plaintiff,* | ) | |
| | ) | Hon. Steven C. Seeger |
| *v.* | ) | District Judge |
| | ) | |
| McDONALD'S USA, LLC, McDONALD'S | ) | **JURY TRIAL DEMANDED** |
| CORPORATION, et al., | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

**MOTION TO LIFT DISCOVERY STAY, OPPOSED**

Plaintiffs Kenneth Manning, et al., by and through their attorneys, respectfully move this Court to lift the stay of discovery in this matter. In furtherance of this motion, Plaintiffs state as follows:

1.     In this matter, 48 former McDonald's franchisees allege that Defendants discriminated against them on the basis of race and breached their franchise agreements. Dkt. 2.

2.     In a separate matter, *McPherson v. McDonald's USA, LLC*, *et al*., Case No. 23-cv-2913 (the "*McPherson* matter"), plaintiff Mitchell McPherson alleged similar claims. *McPherson* Dkt. 1.

3.     Counsel for the plaintiffs in this matter also represent the plaintiff in the *McPherson* matter.

4.     In addition to this matter and the *McPherson* matter, this Court has before it another matter in which former McDonald's franchisees allege that McDonald's discriminated against them on the basis of race, *King et al. v. McDonald's USA, LLC, et al.*, Case No. 20-cv-05132 (the "*King* matter").

5. This Court previously designated the *McPherson* matter as related to this matter and the *King* matter and ordered "the parties to work together cooperatively and take all reasonable steps to reduce costs and avoid unnecessary burdens and expense." *King* Dkt. 107.

6. This Court stayed discovery in each of *King*, *McPherson*, and this matter. *King* Dkts. 83, 107.

7. McDonald's filed motions to dismiss each of this matter, the *King* matter, and the *McPherson* matter. Dkt. 19; *King* Dkt. 97; *McPherson* Dkt. 23. Those motions make similar arguments.

8. The motions to dismiss in this matter and the *King* matter remain pending.

9. On March 27, 2026, this Court granted in part and denied in part McDonald's motion to dismiss the *McPherson* matter. *McPherson* Dkt. 43.

10. On March 31, 2026, this Court lifted the discovery stay in *King*. *King* Dkt. 124.

11. In light of the related nature of *McPherson*, *King*, and this matter, the discovery stay in this matter should be lifted. It would be inefficient for the parties and the court to embark on discovery in *King* and *McPherson* while discovery in this matter remained stayed. Further, the Court has already designated all three cases as related. *King* Dkt. 107.

12. McDonald's opposes this Motion. In the *King* matter, McDonald's filed a motion to clarify this Court's lifting of the stay and in that motion asserted that "the circumstances that existed when the Court ordered the stay [*King* and *Manning*] are unchanged" and asked the Court to "confirm that the stay of discovery remains in place in *King* and *Manning*." *King* Dkt. 125 p. 3.

Wherefore, Plaintiffs respectfully request that the Court lift the discovery stay in this matter.

RESPECTFULLY SUBMITTED,

Kenneth Manning, et al.

By: /s/ Jon Loevy

Jon Loevy
Daniel M. Twetten
Steve Art
Quinn K. Rallins
Loevy & Loevy
311 N. Aberdeen St.
Chicago, IL 60607
312-243-5900
jon@loevy.com
*Counsel for Plaintiffs*

3