**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Kenneth Manning, et al.
Plaintiff,
v.
Case No.: 1:23−cv−00210
Honorable Steven C. Seeger
McDonald's USA, LLC, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 10, 2026:

MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the joint submission that applied the McPherson statute of limitations rulings to the 48 plaintiffs in the Manning case. (Dckt. No. [72]) The Court thanks the parties for putting it together. The Court directs the parties to submit a Word version of the document to the proposed order inbox: proposed_order_seeger@ilnd.uscourts.gov by the end of the day tomorrow. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.