**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KENNETH MANNING, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MCDONALD'S USA, LLC, a Delaware limited liability company, and MCDONALD'S CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No.: 1:23-cv-00210<br><br>Hon. Judge Steven C. Seeger |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER PLAINTIFFS' SECOND AMENDED COMPLAINT**

Defendants McDonald's USA, LLC and McDonald's Corporation (collectively, "Defendants"), by and through their attorneys, respectfully move this Court for a forty-five (45) day extension of time for Defendants to Answer the Second Amended Complaint, to and including November 5, 2026. In support thereof, Defendants state as follows:

1. On December 16, 2022, 48 Plaintiffs represented by the Loevy Firm (the "*Manning* Plaintiffs") filed their Second Amended Complaint under *Crawford et al., v. McDonald's USA, LLC et al.*, 1:20-cv-05132 (Dkt. 78), asserting claims for violation of 42 U.S.C. § 1981 (Counts I–III), violation of 42 U.S.C. § 1982 (Counts IV–VI), breach of contract (Count VII), fraudulent misrepresentation (Count VIII), tortious interference with business relationships (Count IX), and unjust enrichment (Count X).

2. The Court subsequently severed the *Manning* Plaintiffs from the 31 Plaintiffs represented by the Ferraro Law Firm (the "*King* Plaintiffs"), assigning the *Manning* Plaintiffs to

case number 23-cv-00210 (the "*Manning* Action"), and docketed the Second Amended Complaint as docket entry no. 2, *Manning et al., v. McDonald's USA, LLC et al.*, 1: 23-cv-00210 (Dkt. 2).[1]

3. On March 31, 2023, Defendants filed their Motion to Dismiss the Second Amended Complaint ("Motion") pursuant to Fed. R. Civ. P. 12(b)(6). (Dkt. 18.)

4. On September 21, 2026, the Court issued its memorandum opinion and order on Defendants' Motion, granting the requested relief in part and denying it in part. (Dkt. 74.)

5. Pursuant to Fed. R. Civ. P. 12(a)(4)(A), Defendants must file their Answer within fourteen (14) days, or by October 5, 2026.

6. Under Fed. R. Civ. P. 6(b), the Court may extend the time to answer upon a showing of good cause.

7. Although the Court's ruling has narrowed the issues, (*see* Dkt. 74), the Second Amended Complaint spans 836 paragraphs, and the remaining claims involve interrelated and complex allegations dating back to 2010 that require careful analysis. In these circumstances, good cause exists for a brief forty-five (45) day extension of time from the date of the Court's memorandum opinion and order entered on September 21, 2026.

8. The requested relief is brought in good faith and is not intended to cause any undue delay. Rather, the additional time will allow Defendants to prepare a complete and accurate Answer that addresses the surviving claims and asserts their numerous affirmative defenses. No party will be prejudiced by the relief sought by this motion.

9. This is Defendants' first request for an extension of time.

10. On October 1, 2026, Defendants conferred with the *Manning* Plaintiffs' counsel, and they do not oppose this request.

---

[1] Unless otherwise noted, all further references to docket entries as used herein are to the *Manning* Action.

WHEREFORE, Defendants respectfully request that the Court enter an order granting Defendants a 45-day extension of time to file their Answer, to and including November 5, 2026.

Dated: October 1, 2026

Respectfully submitted,

*/s/ Amy C. Andrews*

Patricia Brown Holmes
Amy C. Andrews
Mary A. Laird
Nathan A. Shine
Kaleigh A. Barrett
RILEY SAFER HOLMES & CANCILA LLP
1 South Dearborn Street, Suite 2200
Chicago, Illinois 60603
(312) 471-8700
pholmes@rshc-law.com
aandrews@rshc-law.com
mlaird@rshc-law.com
nshine@rshc-law.com
kbarrett@rshc-law.com

Ariel Schepers Wilson
Riley Safer Holmes & Cancila LLP
2723 S. State Street, Suite 150
Ann Arbor, Michigan 48104
(734) 773-4900
awilson@rshc-law.com

*Counsel for McDonald's USA, LLC and McDonald's Corporation*