**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Kenneth Manning, et al.

Plaintiff,

v.

Case No.: 1:23−cv−00210
Honorable Steven C. Seeger

McDonald's USA, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 27, 2026:

MINUTE entry before the Honorable Steven C. Seeger: For whatever reason, Plaintiffs jumped the jurisdictional gun, by filing a notice of appeal before this Court entered final judgment under Rule 58. A case has to wrap up in the district court before a party can go to the Court of Appeals (apart from a few exceptions for interlocutory appeals, which don't apply here). Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.