**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KENNETH MANNING, et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | Case No. 1:23-cv-00210 |
| | ) | |
| v. | ) | |
| | ) | Hon. Judge Steven C. Seeger, |
| McDONALD'S USA, LLC, et al., | ) | District Judge |
| | ) | |
| *Defendants*. | ) | |
| | ) | **Jury Trial Demanded** |
| | ) | |
| | ) | |

**AMENDED NOTICE OF APPEAL**

Notice is hereby given that all Plaintiffs in the above-named case (KENNETH MANNING, CHRISTINE CRAWFORD, KEITH MANNING, DELORES CRAWFORD, VAN JAKES, ANNIS ALSTON-STALEY, HARRY STALEY, ROBERT BONNER, LARRY BROWN, BENNY CLARK, ELEANOR CLARK, GLENDA CLAYPOOL, JUNETH DANIEL, YVES DOMINIQUE, WISE FINLEY, JACQUELINE GEORGE, ANTHONY GEORGE, WESLEY HALL, AL HARRIS, KRISTEN HARRIS, LAWRENCE HOLLAND, DOUGLAS HOLLIS, GLENNA HOLLIS, LAETITTIA JOHNSON, HAROLD LEWIS, JEREMY LEWIS, JOSEPH MBANEFO, SCOTT MILLER, DWIGHT MILLER, DAWN MUSSENDEN, WILLIAM RASUL, DWAYNE RICHARD JOHNSON, JEFFERY ROGERS, CARRIE SALONE, JEREMIAH SIMMONS, FLOYD SIMS, ALLEN STAFFORD, RONNIE THORNTON, ERROL THYBULLE, NORMAN WILLIAMS, LANCE WILLIAMS, JACQUELINE WYNN, MITHCELL MCGUIRE, LOIS MCGUIRE, GORDON THORNTON, SERGE TANCREDE, KAREN TANCREDE, and WILLIAM (PETE) WASHINGTON), by their attorneys, hereby

appeal to the United States Court of Appeals for the Seventh Circuit from the District Court's Memorandum Opinion and Order, entered in this action on September 21, 2026, dismissing Plaintiffs' complaint, Doc. No. 74, the District Court's entry of final judgment on October 30, 2026, and all other orders made appealable by entry of final judgment.

By this appeal, Plaintiffs will ask the Court of Appeals to reverse the judgment, orders, and rulings of the District Court and grant such other relief as they may be entitled to on this appeal.

Dated: November 5, 2026

RESPECTFULLY SUBMITTED,

**KENNETH MANNING, ET AL.**

/s/ Steve Art
*One of Plaintiffs' Attorneys*

Jon Loevy
Dan Twetten
Steve Art
Quinn Rallins

Loevy & Loevy
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
(312) 243-5900
jon@loevy.com
dan@loevy.com
steve@loevy.com
rallins@loevy.com